# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 18, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160457(52)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* T.J. DIEHL, Minor.
_____

PEOPLE OF THE STATE OF MICHIGAN,
       Petitioner-Appellant,

v

T.J. DIEHL,
       Respondent-Appellee.
_____/

SC: 160457
COA: 345672
Oakland CC Family Div:
   2017-855352-DL

On order of the Chief Justice, the motion of the Juvenile Justice Clinic to participate in oral arguments by sharing five minutes of the time allotted to respondent-appellee is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2020



Clerk